ACCEPTED
03-15-00637-CV
7834074
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 8:54:16 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00637-CV

IN THE COURT OF APPEALS FOR THE
THIRD JUDICIAL DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 8:54:16 AM
JEFFREY D. KYLE
Clerk

_____

AIRLINX COMMUNICATIONS, INC.,

APPELLANT,

v.

ULTRA ELECTRONICS ADVANCED TACTICAL SYSTEMS, INC.,

APPELLEE.
_____

From The District Court Of Travis County, 353rd Judicial District,
Cause No. D-1-GN-12-002873; The Honorable Karin Crump Presiding

---

**APPELLEE'S MOTION TO DISMISS APPEAL**

---

**JEFFREY J. HOBBS**
State Bar No. 24012837
jhobbs@abaustin.com
**MARK L. HAWKINS**
State Bar No. 00790843
mhawkins@abaustin.com
**ANDREW F. YORK**
State Bar No. 24066318
ayork@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 – telephone
(512) 435-2360 – facsimile
**ATTORNEYS FOR APPELLEE**

TO THE HONORABLE COURT OF APPEALS, THIRD DISTRICT OF TEXAS:

Appellee Ultra Advanced Tactical Systems, Inc. files this Motion to Dismiss Appeal, and respectfully shows the Court as follows:

## A. Appellant's Notice of Appeal Was Untimely.

The Court should dismiss Appellant's appeal because it was not timely perfected. The trial court signed its Final Judgment and Order Confirming Arbitration Award on July 15, 2015. CR 391-397. As the Court noted, Appellant was required to file its notice of appeal on or before August 14, 2015, but Appellant's Notice of Appeal was not filed until October 7, 2015. CR 403; November 3, 2015 letter from Jeffrey D. Kyle, Clerk, to Tjalling Hoiska. To avoid dismissal of the appeal for want of jurisdiction, the Court required Appellant to provide either (1) proof of timely mailing of the Notice of Appeal to the trial court, or (2) an affidavit swearing that the filing was mailed to the district clerk on or before August 14, 2015. November 3, 2015 letter from Jeffrey D. Kyle, Clerk, to Tjalling Hoiska.

In response, Appellant did not submit proof that it ever mailed its Notice of Appeal to the district clerk, timely or otherwise. Instead, Appellant's president, Tjalling Hoiska, filed an affidavit parroting the language of the Court's directive, swearing under oath that "[t]he Notice of Appeal for this trial court case was mailed to the district clerk's office on or before August 14, 2015," without even

2

offering a date on which the Notice of Appeal was supposedly mailed. Affidavit of Tjalling P. Hoiska at ¶ 3. Mr. Hoiska's affidavit is at best confused, and at worst false testimony.

Mr. Hoiska signed the Notice of Appeal on October 7, 2015, the same day it was electronically filed with the district court. CR 403. Mr. Hoiska now claims that despite signing the Notice of Appeal on October 7, 2015, he had previously mailed it to the district clerk on some unidentified date, before it was actually signed and filed. Moreover, in its Docketing Statement, Appellant confirmed that the Notice of Appeal was filed on October 7, 2015, and where the form requests, "[i]f mailed to the trial court clerk, also give the date mailed," Appellant left the answer blank, indicating that the Notice of Appeal was never mailed. Docketing Statement at § V.

Given those prior representations and circumstances, Mr. Hoiska's sworn testimony that he timely mailed a post-dated notice of appeal to the district clerk strains credibility. The Court should disregard it, and dismiss Appellant's appeal for want of jurisdiction.

## B. Appellant Cannot Pursue This Appeal *Pro Se*.

As an alternative, the Court need not resolve Mr. Hoiska's dubious testimony, and instead can dismiss this appeal because Appellant is not represented by an attorney. Appellant is a corporation, and purports to be represented by its

president, Mr. Hoiska, who is not an attorney. Docketing Statement at § I (confirming Appellant's organizational status and its appearance *pro se*) and § X (stating "N/A" for Tjalling Hoiska's State Bar number); Affidavit of Tjalling P. Hoiska at ¶ 2 (testifying that Tjalling Hoiska is Appellant's president).

In Texas, a corporation must be represented by a licensed attorney, and it cannot act *pro se* through a corporate officer who is not an attorney. *Chavez v. Pugh*, No. 03-15-00395-CV, 2015 WL 5781113 at *1 n.1 (Tex. App.—Austin Oct. 2, 2015, no pet.) (mem. op.) (noting corporation's president could not represent corporation *pro se*); *Rose Air, LLC v. Brazoria County Appraisal Dist.*, No. 01-13-01085-CV, 2014 WL 2538630 at *1 (Tex. App.—Houston [1st Dist.] June 5, 2014, no pet.) (mem. op.) (dismissing limited liability company's appeal because it was not represented by counsel); *MHL Homebuilder LLC v. Dabal/Graphic Resource*, No. 14-05-00295-CV, 2005 WL 1404475 at *1 (Tex. App.—Houston [14th Dist.] June 16, 2005, no pet.) (mem. op.) (same).

Because Appellant is not represented by counsel, the Court should dismiss Appellant's appeal.

## PRAYER

Based on the foregoing, Appellee Ultra Electronics Advanced Tactical Systems, Inc. respectfully requests that the Court grant its Motion to Dismiss Appeal and enter an order dismissing Appellant's appeal and taxing all costs against Appellant.

Respectfully submitted,

*/s/ Jeffrey J. Hobbs*

**JEFFREY J. HOBBS**
State Bar No. 24012837
jhobbs@abaustin.com
**MARK L. HAWKINS**
State Bar No. 00790843
mhawkins@abaustin.com
**ANDREW F. YORK**
State Bar No. 24066318
ayork@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 – telephone
(512) 435-2360 – facsimile
**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned counsel for Appellee conferred with Tjalling Hoiska, Appellant's president, regarding the foregoing motion, and Mr. Hoiska has stated that Appellant opposes the motion.

*/s/ Jeffrey J. Hobbs*

Jeffrey J. Hobbs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic filing and electronic mail to the following on November 16, 2015:

Tjalling P. Hoiska
Airlinx Communications, Inc.
Box 253
Greenville, NH 03048
thoiska@airlinx.com

*/s/ Jeffrey J. Hobbs*

Jeffrey J. Hobbs